# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 08-77 |
| RODNEY LAW | : | |

## O R D E R

**AND NOW**, this 11th day of May, 2012, upon consideration of defendant's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 58, filed November 21, 2011), the Government's Response to Defendant's Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255 (Document No. 62, filed January 15, 2012), and Movant's Reply to Government's Response to Defendant's Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255 (Document No. 65, filed March 5, 2012), for the reasons set forth in the Memorandum dated May 11, 2012, **IT IS ORDERED** as follows:

1. Defendant's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is **DENIED**;

2. A certificate of appealability will not issue for any of petitioner's claims because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2), see Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

3. The Clerk of Court shall **MARK** the case **CLOSED**.

                                                                             **BY THE COURT:**

                                                                          **/s/ Hon. Jan E. DuBois**
                                                                            **JAN E. DUBOIS, J.**